# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker, | Case No. 2:19-cv-07534-AB-E |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| Marc S. Canter, in Individual and representative capacity as trustee of the Canter 2012 Trust Dated December 24, 2012; Canter's Fairfax, a California Corporation; and Does 1-10, | Trial Date: None Set |
| Defendants. | |

1

Defendants Marc S. Canter, in individual and representative capacity as trustee of the Canter 2012 Trust Dated December 24, 2012 and Canter's Fairfax, a California Corporation, ("Defendants") offered to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

Judgment is entered in favor of Plaintiff and against Marc S. Canter and Canter's Fairfax, in the amount of $4,100 plus allowable costs, which may include allowable attorney's fees, to be determined by the Court. Plaintiff may apply to the Court for a determination of costs (including its allowable attorney fees) per code and rules of the Court.

Additionally, said judgment includes the following injunctive relief. The Court orders that:

Within a reasonable amount of time, but no later than 6 months after the issuance of said order, Defendant shall make the following changes at 419 N. Fairfax Avenue, Los Angeles, CA 90036 ("Subject Property"), all in compliance with the 2010 Americans with Disabilities Act Standards and the 2016 California Building Code ("ADA Standards"):

a)   Provide an accessible entrance with ISA directional signage at the Subject Property all in conformance with the ADA Standards;

b)   to the extent not already completed, Provide a lowered accessible sales counter at the Subject Property all in conformance with the ADA Standards; and

  c) to the extent not already completed, Provide an accessible restroom at the Subject Property all in conformance with the ADA Standards.

  The time for completion of the above construction and changes may be modified by the Court only for good cause shown by a party, upon notice and after hearing.

DATED: May 12, 2020

          _____
          Hon. Andre Birotte, Jr.
          U.S. District Court for the Central District of California